

# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2021

No. 04-21-00098-CR

Isaac **CARDENAS,**
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR10269
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

Appellant's court-appointed attorney has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel certifies he has served copies of the brief and motion on appellant, and has informed appellant of his right to review the record and file his own brief, and has explained to appellant the procedure for obtaining the record. *See Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). Counsel also provided appellant with a pro se motion for access to the appellate record.

Appellant may obtain a copy of the appellate record by filing a written request, not later than **June 24, 2021**, with the clerk of the trial court, **Mary Angie Garcia, District Clerk, Paul Elizondo Tower, 101 W Nueva, Suite 217., San Antonio, TX 78205-3411, 210-335-2113.** If appellant files a written request for the record with the trial court clerk, **Mary Angie Garcia** is ORDERED to immediately send a copy of the record to appellant.
.

If appellant desires to file a *pro se* brief, he must do so **within forty-five days from the date of this order**. *See Bruns*, 924 S.W.2d at 177 n.1.

If appellant files a timely pro se brief, the State may file a responsive brief no later than thirty days after appellant's pro se brief is filed in this court. Alternatively, if appellant does not

file a timely pro se brief, the State may file a brief in response to counsel's brief no later than thirty days after the pro se brief is due.

We further ORDER the motion to withdraw filed by appellant's counsel to be HELD IN ABEYANCE pending further order of the court. *See Penson v. Ohio*, 488 U.S. 75, 80-82 (1988); *Schulman v. State*, 252 S.W.3d 403, 410-11 (Tex. Crim. App. 2008).

We further ORDER the Clerk of this Court to serve a copy of this order on appellant, his counsel, the attorney for the State, and the clerk of the trial court.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of June, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court